

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2018

No. 04-17-00375-CR

Charles D. **TUTTOILMONDO** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 2246
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Panel:   Karen Angelini, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The trial court's request for an extension of time to file the written findings is granted. We order the trial court to make its written findings **not later than September 24, 2018,** and **order** the clerk of the trial court to file the findings and conclusions with this court in a supplemental record **not later than September 26, 2018**.

Entered on this 13th day of September, 2018.

**PER CURIAM**

Attested to: _____
Keith E. Hottle,
Clerk of Court

